IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

vs.                                    CASE NO:  3:97CR0132-06 (DRD)

JUAN ARRIAGA-GONZALEZ
* * * * * * * * * * * * * * * * * * * * * *

## MOTION REQUESTING EARLY TERMINATION
## OF SUPERVISED RELEASE TERM

TO THE HONORABLE DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

**COMES NOW, YVETTE VILLEGAS-OTERO, U.S. PROBATION OFFICER** of this
Court, presenting an official report upon the conduct and attitude of offender, Juan Arriaga-
González, who on March 26, 1999, was sentenced to serve an imprisonment term of forty-
eight (48) months to be followed by a five (5) year supervised release term, after he plead
guilty to violating Title 21 U.S.C. § 846.  The offender was ordered to pay a $100 S.M.A.,
which he paid in full.  Mr. Arriaga-González was also ordered to provide the U.S. Probation
Office access to any financial information upon request and submit to urinalyses and
treatment if necessary.  On January 31, 2003, the offender was released from confinement,
and his supervision commenced in the Middle District of Florida.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR
CAUSE AS FOLLOWS:**

On November 16, 2006, U.S. Probation Officer Joseph M. Wagoner, from the Middle
District of Florida, forwarded a letter in which he is requesting that the offender be
considered for early termination.  U.S. Probation Officer Wagoner has been supervising the
offender since his release from confinement and informed that he has complied with his

supervised release conditions.   He further indicated that there is no indication of new criminal activity and the offender has maintained stable employment and residence.   No issues involving substance abuse or mental problems have been detected.

The U.S. Attorney's Office has been contacted and they posed objection as to U.S. Probation Officer Wagoner's recommendation for early termination.

**WHEREFORE**, in light of the aforementioned, we respectfully leave the supervising officer's recommendation to the sound discretion of the Court.  If Your Honor concurs with this recommendation, enclosed please find Probation Form 35 to be executed and filed with the Clerk of the Court.

In San Juan, Puerto Rico, this 9th  day of January 2007.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER


s/  Yvette Villegas-Otero
Yvette Villegas-Otero
U.S. Probation Officer
150 Carlos Chardón Ave.
Federal Office Building , Office 400
San Juan, PR 00918
Tel. No. (787) 771-3630
Fax No. (787) 766-5945
yvette_villegas@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

I HEREBY certify that on January 9th, 2007, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: George Masuco, Assistant U.S. Attorney, U.S. Attorney's Office. I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant: Ricardo Pesquera, Esq., 646 East Colonial Drive, Orlando, FL 32803.

In, Puerto Rico, this 9th day of January 2007.

s/ Yvette Villegas-Otero
Yvette Villegas-Otero
U.S. Probation Officer
150 Carlos Chardón Ave.
Federal Office Building, Office 400
San Juan, PR 00918
Tel. No. (787) 771-3630
Fax No. (787) 766-5945
yvette_villegas@prp.uscourts.gov

YVO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

vs.                                    CASE NO:  3:97CR0132-06 (DRD)

JUAN ARRIAGA-GONZALEZ
* * * * * * * * * * * * * * * * * * * * * * *

## MOTION REQUESTING EARLY TERMINATION
## OF SUPERVISED RELEASE TERM

TO THE HONORABLE DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

**COMES NOW, YVETTE VILLEGAS-OTERO, U.S. PROBATION OFFICER** of this Court, presenting an official report upon the conduct and attitude of offender, Juan Arriaga-González, who on March 26, 1999, was sentenced to serve an imprisonment term of forty-eight (48) months to be followed by a five (5) year supervised release term, after he plead guilty to violating Title 21 U.S.C. § 846.  The offender was ordered to pay a $100 S.M.A., which he paid in full.  Mr.  Arriaga-González was also ordered to provide the U.S. Probation Office access to any financial information upon request and submit to urinalyses and treatment if necessary.  On January 31, 2003, the offender was released from confinement, and his supervision commenced in the Middle District of Florida.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On November 16, 2006, U.S. Probation Officer Joseph M. Wagoner, from the Middle District of Florida, forwarded a letter in which he is requesting that the offender be considered for early termination.  U.S. Probation Officer Wagoner has been supervising the offender since his release from confinement and informed that he has complied with his

supervised release conditions.  He further indicated that there is no indication of new criminal activity and the offender has maintained stable employment and residence.  No issues involving substance abuse or mental problems have been detected.

The U.S. Attorney's Office has been contacted and they posed objection as to U.S. Probation Officer Wagoner's recommendation for early termination.

**WHEREFORE**, in light of the aforementioned, we respectfully leave the supervising officer's recommendation to the sound discretion of the Court.  If Your Honor concurs with this recommendation, enclosed please find Probation Form 35 to be executed and filed with the Clerk of the Court.

In San Juan, Puerto Rico, this 9th  day of January 2007.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER


s/  Yvette Villegas-Otero
Yvette Villegas-Otero
U.S. Probation Officer
150 Carlos Chardón Ave.
Federal Office Building , Office 400
San Juan, PR 00918
Tel. No. (787) 771-3630
Fax No. (787) 766-5945
yvette_villegas@prp.uscourts.gov

## CERTIFICATE OF SERVICE

I HEREBY certify that on January 9th, 2007, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: George Masuco, Assistant U.S. Attorney, U.S. Attorney's Office.  I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant: Ricardo Pesquera, Esq., 646 East Colonial Drive, Orlando, FL 32803.

In, Puerto Rico, this 9th day of January 2007.

s/ Yvette Villegas-Otero
Yvette Villegas-Otero
U.S. Probation Officer
150 Carlos Chardón Ave.
Federal Office Building, Office 400
San Juan, PR 00918
Tel. No. (787) 771-3630
Fax No. (787) 766-5945
yvette_villegas@prp.uscourts.gov

YVO