PROB 35
(Rev 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

__Judicial District of Puerto Rico__

UNITED STATES OF AMERICA

v.

Juan Arriaga-González

Crim. No. ___3:97CR0132-06 (DRD)___

On ___January 31, 2003___ the above named was placed on probation/supervised release for a period of _____ years. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

_____
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____ day of _____, 20 _____.

_____
United States District Judge