IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>v.<br>**JUAN ARRIAGA-GONZALEZ,**<br>Defendant. | **CRIMINAL NO. 97-132 (DRD)** |

**UNITED STATES' NOTICE TO THE COURT**
(Re: No opposition to Probation Officer's
MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE)

TO THE HONORABLE COURT:

COMES NOW the United States of America, through its undersigned attorneys, and very respectfully states, alleges, and prays as follows:

The United States hereby requests that this Honorable Court take notice that the United States does not oppose the requests set forth in the Probation Officer's MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE, filed on September January 9, 2007 (Docket No. 609). RESPECTFULLY SUBMITTED. In San Juan, Puerto Rico, this 29th day of January, 2007.

ROSA E. RODRIGUEZ-VELEZ
United States Attorney

s/José Ruiz-Santiago
Assistant U.S. Attorney

*CERTIFICATION OF SERVICE*
I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all interested parties in this case.

s/José Ruiz-Santiago